IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs<br><br>MARVIN L SHEPPARD III,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal No: 2:21-MJ-00584-1-PLD<br>)<br>) |

## ORDER APPOINTING COUNSEL

The Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney ROBERT E. MIELNICKI is appointed as counsel for defendant MARVIN L SHEPPARD III pursuant to provisions on the Criminal Justice Act, 18 U.S.C §3006A.

This appointment is effective the 25th day of March, 2021.

_____
Patricia L Dodge
United States Magistrate Judge