AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-mj-584 |
| Marvin L. Sheppard III | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No.: By video Chief Judge Fissy |
|---|---|---|
| | | Date and Time: 4/1/21 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 3/25/2021

Judge's signature

Patricia L Dodge, United States Magistrate Judge
*Printed name and title*